FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Deanne Michelle Gooden**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):  (H) **Deanne Michelle Gooden**  S.S.# **xxx-xx-8710**  
(W)  S.S.#  

ADDRESS: **5026 Hickory Bark Dr**  
**Memphis, TN 38141**

PLAN PAYMENT: Debtor(s) to pay $ **285.00**  (weekly, every two weeks, semi-monthly, monthly)  
PAYROLL DEDUCTION:  OR ( **X** ) DIRECT PAY  
BECAUSE:  
FIRST PAYMENT DATE: after notice

PLACE OF EMPLOYMENT:  
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **Internal Revenue Service** | $ **32.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).  
**-NONE-**  Ongoing pmt. Begin **N/A**  $ **N/A**  
Approx. arrearage **N/A**  Interest **N/A** %  $ **N/A**

SECURED CREDITORS;  VALUE  RATE OF  MONTHLY  
(retain lien 11 U.S.C. Sec. 1325{a}{5})  COLLATERAL  INTEREST  PLAN PMT.  
**American Credit Acceptance**  $ **8,900.00**  **5.25** %  $ **200.00**  
**Conn's Home Plus**  $ **400.00**  **5.25** %  $ **12.00**

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$21,125.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:  
**Earnest Fiveash 10769**  
**Earnest Fiveash**  
**2600 Poplar Ave. #214**  
**Memphis, TN 38112**  
**901-417-8356 Fax:901-417-8367**